The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-82RSL |
| Plaintiff, ) | |
| v. ) | ORDER TO DISMISS |
| RAMAN PATHANIA, ) | INDICTMENT WITHOUT PREJUDICE |
| Defendant ) | |

This matter having come on before the undersigned court on the Government's Motion to Dismiss without Prejudice, pursuant to F.R.Cr.P. 48, the Court having considered the Motion and files and records, now therefore,

DISMISSES WITHOUT PREJUDICE the above-entitled Indictment as the conduct charged is subsumed into <u>United States v. Kavel Multani, et al.</u>, CR06-38RSM.

DATED the 17th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR DISMISSAL
PATHANIA/CR06-93MJP - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970